**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7908**

_____

ISRAEL BEN-LEVI, a/k/a Danny L. Loren,

Plaintiff - Appellant,

v.

CHAPLAIN BETTY BROWN,

Defendant – Appellee,

and

CHAPLAIN AKBAR,

Defendant.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Fox, Senior
District Judge. (5:12-ct-03193-F)

_____

Submitted: April 27, 2015                Decided: May 1, 2015

_____

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Israel Ben-Levi, Appellant Pro Se.  Kari Russwurm Johnson, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Israel Ben-Levi appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ben-Levi v. Brown, No. 5:12-ct-03193-F (E.D.N.C. Dec. 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED